**Jimmy Lee BROWN, Plaintiff–Appellant**

v.

**Gregory HARPER, individually and in his official capacity as a Hope, Arkansas police officer, Defendant–Appellee.**

No. 15–3367.

United States Court of Appeals, Eighth Circuit.

Submitted: May 13, 2016.

Filed: May 20, 2016.

Jimmy Lee Brown, Hope, AR, pro se.

Michael Allen Mosley, Arkansas Municipal League, North Little Rock, AR, Matthew Keith Wren, Wren Law Firm, Little Rock, AR, for Defendant–Appellee.

Before COLLOTON, GRUENDER, KELLY, Circuit Judges.

PER CURIAM.

In this 42 U.S.C. § 1983 action, Jimmy Brown appeals the district court's[1] adverse grant of summary judgment on his claim that police officer Gregory Harper

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

1. The Honorable Susan O. Hickey, United States District Judge for the Western District

of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

illegally seized him. Brown has also moved for this court to recuse itself.

To begin, we deny Brown's motion. *See* 28 U.S.C. § 455 (providing standard for disqualification of judges). Additionally, after careful de novo review, we conclude that summary judgment was properly granted. *See Peterson v. Kopp,* 754 F.3d 594, 598 (8th Cir.2014) (standard of review); *United States v. Carpenter,* 462 F.3d 981, 985 (8th Cir.2006) (seizure does not occur simply because officer approaches individual and asks few questions, so long as reasonable person would feel free to disregard officer and go about his business). Accordingly, we affirm. *See* 8th Cir. R. 47B.